# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2464
LT Case No. 16-2020-CF-10950-A

_____

ALEXANDER JAMES WIGGINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Alexander James Wiggins, Madison, pro se.

James Uthmeier, Attorney General, and Heather Flanagan
Ross, Assistant Attorney General, Tallahassee, for Appellee.

July 9, 2026

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____